# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136825

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDALL JAMES DAVIS,
      Defendant-Appellant.

SC: 136825
COA: 285461
Wayne CC: 07-005003-FC

_____/

      On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

d1117